IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| LAND USE RESOURCES LLC<br>and DENNY ELMER, | ) | |
| | ) | |
| Plaintiffs, | ) | TC-MD 150323D |
| | ) | |
| v. | ) | |
| | ) | |
| YAMHILL COUNTY ASSESSOR<br>and DEPARTMENT OF REVENUE,<br>State of Oregon | ) | |
| | ) | |
| Defendants. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered on July 7, 2015. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision of Dismissal was entered. See TCR-MD 16.

This matter is before the court on Plaintiffs' motion to withdraw, made orally at the telephone case management conference held July 6, 2015. Upon consideration, the court dismisses Plaintiffs' appeal. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of July 2015.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on July 24, 2015.*